UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:03-CR-43-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALVIS LUTHER EVANS | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to remove the revocation hearing from the docket in the above case, presently scheduled for July 9, 2014, in Greenville. The case is hereby removed from the court's docket on July 9, 2014.

This 1st day of July 2014.

                                                Malcolm J. Howard
                                                Senior U.S. District Judge